JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUSTIN FRAYDE; MARGARITA FRAYDE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SPECIALIZED LOAN SERVICING, LLC; US BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE (SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION) AS TRUSTEE FOR MORGAN STANLEY MORTGAGE LOAN TRUST 2007-SXS; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:20-cv-09925 MCS (KSx)<br><br>**ORDER RE:<br>JOINT STIPULATION OF<br>DISMISSAL OF CERTAIN CLAIMS<br>WITH PREJUDICE AND REMAND** |

　　　Based on the joint stipulation filed by Plaintiffs Augustin and Margarita Frayde ("Plaintiffs") and defendants Specialized Loan Servicing, LLC and US Bank National Association, as Trustee Successor in Interest to Bank of America, National Association,

as Trustee (Successor by Merger to LaSalle Bank, National Association) as Trustee for Morgan Stanley Mortgage Loan Trust, the Court now orders as follows:

    The Court GRANTS the joint stipulation and orders:

(1) Plaintiffs' third claim for violations of Business & Professions Code section 17200, et seq. is dismissed with prejudice;

(2) Based on such dismissal, there is no longer a basis for federal jurisdiction and the matter is remanded to the Superior Court of Los Angeles County, Case Number 20NWCV00548.

DATED: January 25, 2021

By: /s/ Mark C. Scarsi
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE